

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maurice Grayton, Student-victim<br><br>                        **Plaintiff,**<br><br>V.<br><br>State of California; Committee of Bar Examiners, (the Committee) Subcommittee of Examinations; Lisa Cummins; Patrick Dixon; Floyd Chapman; Chairpersons; DOES 1-50<br><br>                        **Defendant.** | Civil Action No. 17-cv-2336-CAB-JMA<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendants' motion to dismiss based on the Rooker-Feldman doctrine is Granted. The complaint is Dismissed without leave to amend in this Court, but without prejudice to re-filing in state court. It is So Ordered.

Date: 2/27/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez

                                                                                 J. Gutierrez, Deputy